## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hawthorne, Tameko M

Printed: 9/9/08

Case Number: 06 B 00281
Judge: Hollis, Pamela S
Filed: 1/12/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 28, 2008
Confirmed: April 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,988.00 |  |
| Secured: |  | 3,426.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 37.65 |
| Administrative: |  | 3,157.49 |
| Trustee Fee: |  | 366.46 |
| Other Funds: |  | 0.00 |
| Totals: | 6,988.00 | 6,988.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,269.00 | 3,157.49 |
| 2. | Honor Finance | Secured | 7,125.16 | 3,426.40 |
| 3. | Internal Revenue Service | Priority | 835.82 | 37.65 |
| 4. | American Web Cash | Unsecured | 25.96 | 0.00 |
| 5. | Credit Acceptance Corp | Unsecured | 54.48 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 2.95 | 0.00 |
| 7. | Aspire Visa | Unsecured | 8.52 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 3.60 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 0.36 | 0.00 |
| 10. | Nicor Gas | Unsecured | 3.55 | 0.00 |
| 11. | Sir Finance Corporation | Unsecured | 12.24 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 3.11 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 1.96 | 0.00 |
| 14. | Honor Finance | Unsecured | 11.17 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 14.26 | 0.00 |
| 16. | Westbury Ventures | Unsecured | 5.00 | 0.00 |
| 17. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 18. | Apollo Group | Unsecured | | No Claim Filed |
| 19. | Aqua Illinois | Unsecured | | No Claim Filed |
| 20. | Chicago Imaging Ltd | Unsecured | | No Claim Filed |
| 21. | Cash Advance | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | Household Bank FSB | Unsecured | | No Claim Filed |
| 24. | Easy Pay Loan | Unsecured | | No Claim Filed |
| 25. | Enterprise Rent A Car | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hawthorne, Tameko M

Printed:  9/9/08

Case Number:  06 B 00281

Judge:  Hollis, Pamela S

Filed:  1/12/06

| | | | |
|---|---|---|---|
| 26. | Fifth Third Bank | Unsecured | No Claim Filed |
| 27. | Comcast | Unsecured | No Claim Filed |
| 28. | Evergreen Med | Unsecured | No Claim Filed |
| 29. | Fingerhut | Unsecured | No Claim Filed |
| 30. | Nicor Gas | Unsecured | No Claim Filed |
| 31. | Jewel Osco | Unsecured | No Claim Filed |
| 32. | Orchard Bank | Unsecured | No Claim Filed |
| 33. | Pay Day Loans | Unsecured | No Claim Filed |
| 34. | Paycheck Advance | Unsecured | No Claim Filed |
| 35. | Plains Commerce Bank | Unsecured | No Claim Filed |
| 36. | Sterling Inc | Unsecured | No Claim Filed |
| 37. | SBC | Unsecured | No Claim Filed |
| 38. | Sprint | Unsecured | No Claim Filed |
| 39. | TCF Bank | Unsecured | No Claim Filed |
| 40. | Teletrack | Unsecured | No Claim Filed |
| 41. | Lubeke Baker & Associates | Unsecured | No Claim Filed |
| 42. | Cashback | Unsecured | No Claim Filed |

$ 11,377.14          $ 6,621.54

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 42.07 |
| 5% | 30.45 |
| 4.8% | 73.63 |
| 5.4% | 220.31 |
| | $ 366.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: